CMMC
XQ144

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '21 MJ1348 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |
| Brian Jesus URIBE-Lepe, Victor Manuel VERGARA-Gonzalez, Nicolas IBANEZ-Rios, | Title 8, USC 1326 Attempted Entry After Deportation |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

Count One

On or about April 11, 2021, within the Southern District of California, defendant Brian Jesus URIBE-Lepe and Victor Manuel VERGARA-Gonzalez, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Fernando GARCIA-Ruiz, Javier ISIDRO-Anastacio and Fernando MORENO-Solano, had not received prior offical authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

Count Two

On or about April 11, 2021, within the Southern District of California, defendant Nicolas IBANEZ-Rios, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Diego, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 12, 2021.

HON. ALLISON H. GODDARD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Brian Jesus URIBE-Lepe, Victor Manuel VERGARA-Gonzalez,
Nicolas IBANEZ-Rios

## PROBABLE CAUSE STATEMENT

The complainant states that Fernando GARCIA-Ruiz, Javier ISIDRO-Anastacio, and Fernando MORENO-Solano, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 11, 2021, Border Patrol Agent Raul Mendoza, was conducting his assigned duties in the Imperial Beach Border Patrol Station's area of responsibility. At approximately 12:45 PM, San Diego Coast Guard personnel were conducting routine patrol of Mission Bay, when they observed a boat traveling at a high rate of speed through a no wake zone and conducting erratic maneuvers. The Coast Guard made several attempts to stop the boat using sirens, activating their blue lights, and giving them verbal commands to stop. The boat captain, later identified as defendant, Brian Jesus URIBE-Lepe, failed to follow instructions and disregarded verbal commands, and continue to travel.

Once the boat came to a stop, the Coast Guard personnel boarded the boat and conducted a safety inspection. While on board, Coast Guard personnel asked all five individuals on board, including URIBE, if they possessed any documents for identification purposes, to which all replied "No." The Coast Guard personnel asked URIBE if there was anyone else in the cabin of the boat. URIBE evaded answering the question, looked down at the deck, and then began to shake his head. The Coast Guard personnel then opened the cabin door and found eight more individuals below deck. Coast Guard then placed the boat on a side tow and began to tow the boat to shore. At approximately 3:00 PM, the Coast Guard arrived at the lifeguard docks in Quivira Basin, Mission Bay to meet with Border Patrol agents.

Agent Mendoza responded to the the San Diego Lifeguard Headquarters, which is located approximately 14 miles north of the United States/Mexico International Boundary and approximately 10 miles west of the San Ysidro, California Port of Entry. Agent Mendoza approached the 13 individuals, identified himself as a Border Patrol Agent and conducted an immigration inspection. All 13 individuals, including defendants, URIBE, Victor Manuel VERGARA-Gonzalez, Nicolas IBANEZ-Rios and material witnesses, Fernando GARCIA-Ruiz, Javier ISIDRO-Anastacio and Fernando MORENO-Solano, stated that they are citizens of a country other than the United States without any immigration documents allowing them to enter or remain in the United States legally. URIBE, VERGARA, IBANEZ, GARCIA,

CONTINUATION OF COMPLAINT:
Brian Jesus URIBE-Lepe, Victor Manuel VERGARA-Gonzalez,
Nicolas IBANEZ-Rios


ISIDRO and MORENO stated they were citizens of Mexico. At approximately 3:10 PM, Agent Mendoza placed all thirteen individuals, including URIBE, VERGARA, IBANEZ, GARCIA, ISIDRO and MORENO, under arrest.

The defendant Brian Jesus URIBE-Lepe was read his Miranda Rights. URIBE understood and was willing to answer questions without an attorney present. URIBE stated that he was recruited to be the captain of the boat and smuggle individuals into the United States, since he knew the route from a previous experience. URIBE stated that he was recruited by "Chaca", who he later identified from a photographic line up as defendant, Victor Manuel VERGARA-Gonzalez. URIBE stated that VERGARA worked for a man named "El Hueso," who was going to pay him $11,000 USD, once he dropped off the individuals in the United States. URIBE stated that he was told to look out for a Nissan Frontier near a marina located near Mission Beach, San Diego, California. URIBE stated that VERGARA was his deckhand and was going to split the $11,000 USD with him. URIBE stated that he used his cellular phone to guide himself into the United States.

The defendant Victor Manuel VERGARA-Gonzalez was read his Miranda Rights. VERGARA understood and was willing to answer questions without an attorney present. VERGARA stated that he was offered a job by an unknown individual. VERGARA stated the job was to be the look out on a boat which was going to smuggle individuals into the United States from Mexico. VERGARA stated that he was the one handling the fuel for the boat. VERGARA stated that a man that goes by the name of "El Hueso," was going to pay him $500 USD per individual that was dropped off in the United States.

Material witnesses GARCIA, ISIDRO and MORENO admitted to being citizens of Mexico, illegally present in the United States, and not having any documents that would allow them to enter or remain in the United States legally. All three admitted to making smuggling arrangements and agreed to pay between $8,000 and $18,500 USD. All three material witnesses were each shown a photo lineup. All three witnesses were able to identify URIBE as the captain of the vessel and VERGARA as the helper. All three witnesses stated that they were told to hide under the cabin of the boat. GARCIA stated that all their cell phones were taken away.

The defendant Nicolas IBANEZ-Rios was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The

CONTINUATION OF COMPLAINT:
Brian Jesus URIBE-Lepe, Victor Manuel VERGARA-Gonzalez,
Nicolas IBANEZ-Rios

defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on April 11, 2021.

Routine record checks of the defendant Nicolas IBANEZ-Rios revealed a criminal and immigration history. A comparison of the defendant's criminal record and current fingerprints were used to determine the defendant's record. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on November 15, 2019, through Nogales, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.